UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOLAN WELLS,

                Petitioner,                20 **CIVIL** 3666 (NSR)(LMS)

    -against-                      **JUDGMENT**

WILLIAM F. KEYSER,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2021, MJ Smith's R & R is adopted in its entirety. The petition for a writ of habeas corpus is therefore DENIED without prejudice to Petitioner's right to pursue such claims in state court. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 225, 25960 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York
        March 17, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                       **BY:**    *K. Mango*
                                                **Deputy Clerk**